# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>RAUL VILLANUEVA,<br><br>  Defendant. | Case No. 19-CR-3768-BTM<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case against defendant RAUL VILLANUEVA be dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 23, 2023.

HONORABLE BARRY T. MOSKOWITZ
UNITED STATES DISTRICT JUDGE